B1040 (FORM 1040) (12/24)

| ADVERSARY PROCEEDING COVER SHEET (Instructions on Reverse) | ADVERSARY PROCEEDING NUMBER (Court Use Only) |
|---|---|
| **PLAINTIFFS** Qiana Michele Thomas | **DEFENDANTS** Dpt of Education, DPT Business School, Thompson Institute, Berce College, Delaware County Community College, Brightwood Career Institute, Kaplan University |
| **ATTORNEYS** (Firm Name, Address, and Telephone No.) | **ATTORNEYS** (If Known) American Education Solutions Inc., Debt management & Collection Systems, Default Resolution Group, TUCI Lending Tree |
| **PARTY** (Check One Box Only)<br>☑ Debtor ☐ U.S. Trustee/Bankruptcy Admin<br>☐ Creditor ☐ Other<br>☐ Trustee | **PARTY** (Check One Box Only)<br>☐ Debtor ☐ U.S. Trustee/Bankruptcy Admin<br>☐ Creditor ☐ Other<br>☐ Trustee |

**CAUSE OF ACTION** (WRITE A BRIEF STATEMENT OF CAUSE OF ACTION, INCLUDING ALL U.S. STATUTES INVOLVED)

I never applied for a student loan. I have been fighting to have this removed from my records. I've only obtained financial aid. The schools that states I owe were all closed. This has affect my credit most of my life.

### NATURE OF SUIT
(Number up to five (5) boxes starting with lead cause of action as 1, first alternative cause as 2, second alternative cause as 3, etc.)

**FRBP 7001(a) – Recovery of Money/Property**
2 ☑ 11-Recovery of money/property - §542 turnover of property
☐ 12-Recovery of money/property - §547 preference
☐ 13-Recovery of money/property - §548 fraudulent transfer
3 ☐ 14-Recovery of money/property - other

**FRBP 7001(b) – Validity, Priority or Extent of Lien**
☐ 21-Validity, priority or extent of lien or other interest in property

**FRBP 7001(c) – Approval of Sale of Property**
☐ 31-Approval of sale of property of estate and of a co-owner - §363(h)

**FRBP 7001(d) – Objection/Revocation of Discharge**
☐ 41-Objection / revocation of discharge - §727(c),(d),(e)

**FRBP 7001(e) – Revocation of Confirmation**
☐ 51-Revocation of confirmation

**FRBP 7001(f) – Dischargeability**
☐ 66-Dischargeability - §523(a)(1),(14),(14A) priority tax claims
4 ☑ 62-Dischargeability - §523(a)(2), false pretenses, false representation, actual fraud
5 ☑ 67-Dischargeability - §523(a)(4), fraud as fiduciary, embezzlement, larceny
(continued next column)

**FRBP 7001(f) – Dischargeability (continued)**
☐ 61-Dischargeability - §523(a)(5), domestic support
☐ 68-Dischargeability - §523(a)(6), willful and malicious injury
1 ☑ 63-Dischargeability - §523(a)(8), student loan
☐ 64-Dischargeability - §523(a)(15), divorce or separation obligation (other than domestic support)
☐ 65-Dischargeability - other

**FRBP 7001(g) – Injunctive Relief**
☐ 71-Injunctive relief – imposition of stay
☐ 72-Injunctive relief – other

**FRBP 7001(h) Subordination of Claim or Interest**
☐ 81-Subordination of claim or interest

**FRBP 7001(i) Declaratory Judgment**
☐ 91-Declaratory judgment

**FRBP 7001(j) Determination of Removed Action**
☐ 01-Determination of removed claim or cause

**Other**
☐ SS-SIPA Case – 15 U.S.C. §§78aaa et.seq.
☐ 02-Other (e.g. other actions that would have been brought in state court if unrelated to bankruptcy case)

| ☐ Check if this case involves a substantive issue of state law | ☐ Check if this is asserted to be a class action under FRCP 23 |
|---|---|
| ☐ Check if a jury trial is demanded in complaint | Demand $ |

Other Relief Sought - To be able to return to school and obtain a degree. and be free from Blockage to go to school. Recovery of income tax offset caused by this.

FILED 2025 APR 10 PM 4:28 U.S. BANKRUPTCY COURT

**FILED**
2025 APR 10 PM 4:28
U.S. BANKRUPTCY COURT

Qiana Michele Thomas

Case # 25-11205-djb

**Plaintiff**
Qiana Thomas

**Defendants**
Thompson Institute
Kaplan University
Department of Education
Pierce College
DPT Business School
Brightwood Career Institute
American Education Solutions Inc
Ascendium Education Solutions Inc.
Debt Management & Collections System
Default Resolution Group
TUCI Lending Tree

Complaint - Requesting student loans to be discharged in bankruptcy. I have never took out a student loan from any school. I have only obtained financial aid to attend school. This has caused a hardship to myself and family. I have not been able to obtain a degree, or even attend school due to the defaults put on my records. I've had tax offsets done which interfered with the welfare of myself and family. I have been struggling to care for self and family. Getting jobs that are paying bare minimum due to the lack of degrees and certifications. The negative affect it's having on my credit affects myself and family. Please discharged if possible.